AO 440 (Rev. &/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of New York

**MUHAMADOU CEESAY,**

**SUMMONS IN A CIVIL ACTION**

Plaintiff,

Case No. 07CV11159

v.

**B. SIMKOWITZ, I. SIMKOWITZ,
GARY KAVULICH,** Esq., **GUTMAN,
MINTZ, BAKER & SONNENFELDT, P.
C., JOHN** or **JANE DOE** as Trustee of the
Simkowitz Trust B, **RONALD MOSES,**
New York City Marshall, and **JOHN** or
**JANE DOE**s II through X,

Judge Robert W. Sweet

Magistrate Judge Frank Maas

Defendants.

TO: Gary Kuvulich, Esq., 813 Jericho Turnpike, New Hyde Park, NY 11040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name
and address)

**RICHARD D LAMBORN**, Esq.
Attorney for Plaintiff
333 East 149th Street, 2nd Floor
Bronx, NY 10451
(917) 671-6217
Fax (646)349-3819

an answer to the complaint which is served on you with this summons, within days after service
**twenty (20)** of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that you
serve on the parties to this action must be filed with the Clerk of this Court within a reasonable
period of time after service.

**J. MICHAEL McMAHON**

DEC 11 2007

CLERK

DATE

(BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE   03 - 03 - 08 |
| NAME OF SERVER (PRINT)   JOSE R. LAGOS | TITLE   NONE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
KAVULICH & ASSOCIATES, P.C.
30 CHURCH ST. SUITE 26, NEW ROCHELLE, N.Y. 10801- 6391

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL   $ 100.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___03 - 03 - 08___
      Date           Signature of Server

P.O. BOX 1301, BRONX, NY 10451
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.