UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
Ceesay, Muhamadou

           -v.-

Sim Kowitz
---------------------------------------------X

07 Civ. 11159 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

Please be advised that the conference scheduled for April 9, 08 has been rescheduled to May 7, 08 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
3-31-08

_____
ROBERT W. SWEET
United States District Judge