**RICHARD D LAMBORN**
Attorney and Counselor at Law
RLamborn@LambornLaw.com
www.LambornLaw.com
(646) 349-3819 Fax
(917) 671-6217

Please reply to:
333 East 149th Street, 2nd Floor
Bronx, NY 10451

Appointments also available
in Manhattan

July 17, 2008

Hon. Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007

Re: Ceesay, Muhamadou v. Simkowitz, *et al*.
    Civil Case No. 07 CV 11159 (RWS)

Dear Honorable Judge:

The above referenced case has been fully settled. One of the Defendants, Ronald Moses, New York City Marshall, never appeared and was never served with a Summons. I have no plans to pursue him in this case and the Complaint may be dismissed against him.

Very truly yours,

/s/ Richard D Lamborn

Richard D Lamborn, Esq.

cc Kenneth A. Novikoff, Esq *via* email attachment
   Ronald Moses, New York City Marshall *via* regular mail