**RICHARD D LAMBORN**
Attorney and Counselor at Law
RLamborn@LambornLaw.com
www.LambornLaw.com
(646) 349-3819 Fax
(917) 671-6217

Please reply to:
333 East 149th Street, 2nd Floor
Bronx, NY 10451

Appointments also available
in Manhattan

July 17, 2008



RECEIVED
JUL 21 2008
JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

Hon. Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007

Re: Ceesay, Muhamadou v. Simkowitz, et al.
Civil Case No. 07 CV 11159 (RWS)

Dear Honorable Judge:

The above referenced case has been fully settled. One of the Defendants, Ronald Moses, New York City Marshall, never appeared and was never served with a Summons. I have no plans to pursue him in this case and the Complaint may be dismissed against him.

Very truly yours,
/s/ Richard D Lamborn

Richard D Lamborn, Esq.

So ordered
Robert Sweet USDJ
7.23.08

cc Kenneth A. Novikoff, Esq *via* email attachment
  Ronald Moses, New York City Marshall *via* regular mail