```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
Muhamadou Ceesay,

                        Plaintiff(s)          07 Civ.11159(RWS)
             vs.
                                                    Order
B. Simkowitz;
I. Simkowitz;
Gary Kavulich;
Gutman, Mintz, Baker & Sonnenfeldt,
P.C.;
John Doe, as Trustee of the Simkowitz
Trust B;
Ronald Moses, New York City Marshall;
Jane Doe, as Trustee of the Simkowitz
Trust B;
John Does II through X;
Jane Does II through X.

                        Defendant(s)
------------------------------------
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

Pursuant to the letter submitted to the Court by plaintiff's counsel Richard D. Lamborn on July 17, 2008 and the Court having been advised that this action is settled. IT IS ORDERED that the Clerk of the Court terminate all pending motions and the action is dismissed.

**IT IS SO ORDERED.**

New York, N.Y.

DATE: 7.30.08

_____
ROBERT W. SWEET
U.S.D.J.